JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    -v-

JOHNNY JAMAR JACOB,

          Defendant.

- - - - - - - - - - - - - - - - - - - - x



: 

:    **INDICTMENT**

: 

:    07 Cr.

:    **07 CRIM 497**

:

## COUNT ONE

The Grand Jury charges:

1.   In or about October 2006, in the Southern District of New York and elsewhere, JOHNNY JAMAR JACOB, the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.   It was a part and an object of the conspiracy that JOHNNY JAMAR JACOB, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, the transfer and delivery of a large amount of cash, represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of illegal narcotics transactions, knowing that

the transactions were designed in whole and in part to conceal

and disguise the nature, location, source, ownership and control

of the proceeds of specified unlawful activity, in violation of

Title 18, United States Code, Section 1956(a)(1)(B)(i).

<u>Overt Act</u>

3.    In furtherance of the conspiracy and to effect the

illegal object thereof, the following overt act, among others,

was committed in the Southern District of New York:

a.    On or about October 25, 2006, JOHNNY JAMAR

JACOB, the defendant, and a co-conspirator not named as a

defendant herein delivered approximately $360,000 in United

States currency in New York, New York.

(Title 18, United States Code, Section 1956(h).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### JOHNNY JAMAR JACOB,

**Defendant.**

## INDICTMENT

07 CR _____

(Title 18, United States Code, Section 1956)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Alencia J. Beverly_
Foreperson

1 June 07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Cote.

Peck, M. J.