UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,

                                Plaintiff,

      - against-

JOHNNY JAMAR JACOB,

                              Defendant.
----------------------------------------------------------------X

                               *NOTICE OF APPEARANCE*

                               *Indictment No.: 07 CR. 497 (DLC)*

**PLEASE TAKE NOTICE**, that the defendant, Johnny Jamar Jacob, hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that all papers in this action be served upon the undersigned at the office address stated below.

Dated:  Mineola, New York
         June 11, 2007

                                            Michael L. Soshnick
                                            Attorney for Defendant
                                            190 Willis Avenue
                                            Suite 112
                                            Mineola, New York 11501
                                            (516) 294-1111

INDICTMENT NO: 07 CR 497 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEOPLE OF THE STATE OF NEW YORK,

                      Plaintiff,

    - against-

JOHNNY JAMAR JACOB,

                      Defendant.

---

NOTICE OF APPEARANCE

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK  11501
(516) 294-1111
Fax:  (516) 294-5465