UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    07 CR. 497 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
JOHNNY JAMAR JACOB,                       :
                                          :
                Defendant.                :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/15/07

   With consent of counsel for the Government and defendant, the November 2, 2007 sentence is adjourned to **November 30, 2007** at **12 p.m.**

   IT IS FURTHER ORDERED that defense submissions regarding sentence shall be due **November 13** and the Government's response shall be due **November 20**.

Dated:   New York, New York
         October 15, 2007

                              _____
                                      DENISE COTE
                              United States District Judge