```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

        -v-                       :    07 Cr. 497 (DLC)

JOHNNY JAMAR JACOB,               :

          Defendant.              :

                                  :
- - - - - - - - - - - - - - - - - X
```

**GOVERNMENT'S SENTENCING MEMORANDUM**