# MICHAEL L. SOSHNICK
*Attorney at Law*
190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501

MICHAEL L. SOSHNICK

OF COUNSEL
JOHN LAWRENCE

TEL (516) 294-1111
FAX (516) 294-5465

November 16, 2007

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States of America v. Johnny Jamar Jacob
             Case No. 07-cr-497 (DLC)

Dear Judge Cote:

    I am enclosing letters on behalf of my client, Johnny Jacob, who is scheduled for sentencing at 12 p.m. on November 30, 2007. Inasmuch as I just concluded a four-week trial yesterday before New York County Supreme Court Justice Maxwell Wiley, I am submitting these letters after the November 13, 2007 date that they were scheduled to be received by the Court.

    If the Government requires any additional time to respond to these letters, I would have no objection to the Court adjourning the sentence. As to issues relating to a downward departure from the sentencing guidelines, I shall reserve my comments until the date of sentencing when I am given permission to orally address the Court in the presence of the United States Attorney.

    Thank you.

                                              Respectfully,

                                             Michael L. Soshnick

MLS:kad
Enclosures

cc: Brendan R. McGuire, Assistant United States Attorney

October 12, 2007

Honorable Judge Denise L. Cote:

I, Alan J. Russell being a 20year member of the Law Enforcement Community am writing this letter to ask you to have compassion in the case against Mr. Johnny Jacob. I have known Johnny for over 25 years. The man that I know is a great friend, son, brother and neighbor.

I have personally seen the love and compassion he has for his fellow man in assisting annually with events for under privileged throughout our community. Donating not only his time, efforts and energy but funds to purchase clothing and food to be given away.

Johnny is a graduate of St. Johns University and has come out on several occasions to speak to the youth I mentor about the importance of staying in school keeping away from gangs and options life can offer. He has left a lasting impression with many youth through his life experiences by graduating college, working for the National Basketball Association and being the Executive Assistant to Sean " P Diddy " Combs and achieving success through hard work.

It is in my strongest opinion that the least of any punitive sentence be given to Mr. Jacob. He is not a violent person and has always traveled the road of a law-abiding citizen. He has expressed to me that the experience alone of this situation has been a lesson learned and if given the opportunity he would continue to live life as a productive member of society. Mr. Jacob will be terribly missed by both family and friends if sentenced to and prison time.

Sincerely Yours,

Alan J. Russell

October 01, 2007

Honorable Judge Denise L. Cote

This letter is in reference to the upcoming sentencing of my Nephew Johnny J. Jacob. Johnny is my first nephew by my older sister Marva King and first grandson to the Jacob family out of almost 40 nephews and nieces combined. He is my sister Marva's only son among four girls. My nephew Johnny, is much more than a nephew to me, he is my little brother., My brothers and I, six all together practically raised Johnny and his sisters when his biological dad abandoned them at very young ages. His mom worked two jobs in her efforts to stay off public assistance. During which my parents cared for he and his sisters after school.

After a rough start from not having a father at home Johnny went on to become the first grand child to finish college and obtain his BS is Communications at St Johns University. Johnny was a very ambitious smart young man who learned to take care of himself very quickly. He learned to be respectful of his elders and did what he was told.

Johnny is role model to all his young cousins, friends and extended family. He is always willing to help in any way necessary. My two sons love him dearly and usually look to him for guidance as they grow as young men, sometimes before consulting me. Johnny was the first in our family to explore being an entrepreneur by opening a Hair Salon called Positive Images which was a reflection of who he is as a person. Johnny has held various important job positions and was very successful in all of these jobs. I've personally witnessed the love his co-workers and fellow man have for him as a man and member of society.

Johnny is very important to our family especially my parents, his grandparents. The minute " Johnny J " as they refer to him enters there home they become so happy and energized. I understand that this is a very serious and unfortunate situation Johnny is faced with. I ask the court to please be lenient during his sentencing. Johnny is very intelligent and has never been in trouble with the law. A man like him does not belong in prison. He has shown extreme remorse for his actions and I'm sure if given a chance he will continue to be the great person we all know and love.

Sincerely,

*Kenneth D. Jacob*
Kenneth D. Jacob

October 2007

To: Honorable Judge Denise L. Cote:

My name is Chris Jacob, I work as a systems analyst for the bank of New York, and I have no have criminal record whatsoever. I have known Johnny Jacob for his entire life. When he was born, my brother and I were so excited because we had another boy in the family to play with. A little nephew we would teach him how to do all the things boys should do to have fun. He was the first boy in over 40 nieces and nephews. He was so faithful, we would wrestle with him, play basketball, marbles, and tag. We grew up together and in our adult life we ran a business together that was successful for 9 years. The entire neighborhood knew us and the many people that worked for us went on to start their own businesses, in existence today. When John first came to me with the idea, I thought to myself I knew nothing about this business, but when I was younger, I had so many dreams and hopes and only wished I had somebody to help me or back me up in trying to realize them so I took the plunge with him. We learned even more about each other over the 9 years. John had so many great ideas, he basically ran the business all day and I would take over in the evening. I wondered where he got the energy and enthusiasm as he completed his four year degree at St Johns all at the same time. When I saw him graduate, I could not have been prouder. I am enclosing a picture of us that day. We shared many, many good times together and at least a thousand more people could say the same thing about John. Lately when we spend time together we end up crying and thanking each other for the good times. I know Johnny Jacob; I have watched him give of himself his entire life. I have watched give so much of himself to the community in the form of jobs, money, clothes, food. During the time we were in business, I watched him give countless people a chance to work, including family and friends often at the demise of the business. I believe from our conversations that John understands that what he did was wrong, and a once in a lifetime misjudgment. I believe a person like him deserves a chance to prove to you that he can offer so much in the world in his accomplishments. His energy and good will only has positive effects on his family friends and the people he has touched. The children in this family are so happy when he comes around. He has influenced my own son in such a positive way in a time when I did not understand him or know how to reach him, for that I forever grateful as my son is about to complete his four year degree. After the business closed John began working at the NBA through an acquaintance he met at the shop. I am still grateful for all the times John would make time for my son during the National Basketball Association All Star weekend, when we knew he was working night and day to put together the fabulous half time shows. These times were priceless for my son and me. John is an accomplished communications and film specialist. The coordination of interviews and films he put together at the NBA was an embodiment of masterful work. I believe if ever a second chance was appropriate for a person who has been a good and just person 99% of his life, it is in this situation. Johnny Jacob does not fit in the prison system. It is a picture that is completely wrong and without symmetry or artistic expression. Johnny Jacob doing what he has the God given ability and talent to offer the world is the picture that flows as the

watercolors on the canvas of Picasso and in my mind.  If you had the opportunity to observe this young man with his family friends and business associates, you would agree.  It is for this reason I am humbly respectfully asking that you consider giving Johnny Jacob a chance to pay for his terrible misjudgment in the form of community service, and probation.  This would be a tremendous gift to the people he will come in contact with.  I am completely confident and sure that this would be a windfall for Johnny and the children he would work with, or adults he could counsel, or people him would serve food too.  He is not violent in any way, and I am completely positive that he will never end up before you for another crime in our lifetime.  Prison is no place for a person with the heart, intelligence and good nature of Johnny Jacob.

Thank you for your time, and consideration.

God Bless

Christopher Jacob

TWO COMMA BUSINESS SOLUTIONS

November 8, 2007

The Honorable Judge Denise L Cote:

Dear Madam:

For the past 16 years I have admired Johnny Jacob dedication to family, friends and his community. He has attended many of my close family events with my wedding be the most recent. Through many difficult times in my life John has been a pillar of support to me and my family.

I have known John to be employed at prominent respectable organizations such as the National Basketball Association; the Human Resource Administration where he worked closely with the home bound HIV at his choice. I have only known him to be consistent, dependable, reliable, hard-working, conscientious, honest, peace-loving and courteous to say the least.

It has been a great surprise and shock to learn that John was accused of something unlawful. As a close friend I hope that he is granted leniency for his participation. I can assure you that his friends and family will support him and remain loyal through out this ordeal. Someone of John's integrity and intelligence does not belong incarcerated. I am happy to provide further information if required.

Sincerely,

Nathaniel Mahone
President

# CATALYST ENTERTAINMENT
1365 Beverly Road, Brooklyn New York (917)653-5214

Honorable Judge Denise L. Cote

My name is Greg Cummins and I've known Johnny Jacob for fifteen years. I've know him to be an extremely hard working, honest, and kind hearted individual.

I've personally witnessed him enrich and change the lives of several Individuals for the better, mine included. His selflessness gave me and my entertainment company the opportunity to excel in the entertainment industry. I believe that providing young people with opportunities to pursue their dreams is his true calling.

Through his hard work and dedication my company was able to land a recording contract with entertainment mogul Sean "P Diddy" Combs. When many doors were closed in our face and our spirits were shot, Johnny persevered and got the deal done. Johnny is smart, well liked and respected by his peers. Johnny's presence during this project has enabled things to move smooth making what we thought to be the impossible a reality.

I have only known him to help others. I ask that you grant my friend leniency in this case so that he can continue to make positive contributions to society.

Thank You,

Greg Cummins

Albert Murray, Commissioner

John Wright, Director
Metro Regional Youth Detention Center



**DEPARTMENT OF JUVENILE JUSTICE**

1300 Constitution Road, SE, Atlanta, Georgia • 30316-4604
Telephone: (404) 635-4400 • Fax: (404) 635-4410

10/11/07

Dear Honorable Judge:

Please be advised that I am writing this letter for Mr John Jacobs. I have known Mr Jacobs for about 17 years and he has always demonstrated strong community ties. Prior to re-locating to Metro Atlanta I have worked in the NYC Foster care system. Mr Jacobs has always given his time, energy, and financial resources to many of the programs that I supervised. I have always counted on Mr Jacobs for his many NBA contacts and tickets. There is no way to measure the contributions he has made with the youths in my program; but I am 100% sure that his assistance has helped many troubled youth. Mr Jacobs has always found the time hence his busy schedule to visit my faculties and speak to my youth. Additionally, he has had several of the top NBA players also visit my facility on numerous occasions.

Your Honor, I am sure that you read thousands of letters supporting or trying to support why an individual should not be incarcerated. I understand that you have mandated minimums and you also have discretion in your guidelines. Mr Jacobs has already suffered embarrassment and shame regarding his case and for a man with such strong family and friend support that is a lot. Please take into consideration that Mr Jacobs has still remain in active part in today's youth.

Carl Clayton